UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-9-1 (1)



IN RE: :
:
SIX-COUNT GRAND JURY : ORDER TO SEAL INDICTMENT
INDICTMENT OF JANUARY 14, 2014 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on Jan. 14, 2014 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 15th day of January, 2014.

*Kimberly A. Swank*
UNITED STATES MAGISTRATE JUDGE