IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-00009-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ELLIS LEON GIBBS, JR. | ) |

This matter is before the court on the United States' Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-21]. In its motion, the Government requests that the court order Defendant Ellis Gibbs to retain counsel or appoint him counsel. The Government further requests an extension of the deadlines previously set in the Scheduling Order [DE-20]. The motion is ALLOWED in part and DISMISSED in part as moot.

A review of the record reveals that attorney Myron T. Hill, Jr., entered a Notice of Appearance [DE-22] on March 2, 2015. Consequently, the Government's Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-20] is DISMISSED in part as moot.

The court has, in various cases related to the instant case, received and granted motions to continue arraignment and trial and to extend pre-trial filing deadlines. The discovery materials for this case are voluminous and Mr. Hill will need sufficient time to review those materials. Thus, for good cause shown, the present motion is ALLOWED in part as to the extension of pre-trial filing deadlines. It is ORDERED that the defendant's pretrial motions be filed no later than **April 15, 2015**, and responses thereto be filed no later than **April 29, 2015**. Furthermore, because trial in this matter had previously been scheduled for the court's March 30, 2015 term of court, and because the extensions allowed herein extends the deadlines well past that date, the court, *sua sponte*, CONTINUES this matter until the court's May 11, 2015 term.

Because the court finds that the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This, the 9 day of March, 2015.

_JAMES C. FOX_
JAMES C. FOX
Senior United States District Judge